**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>EBANKS ENTERPRISES, LLC,<br>LAZARO EBANKS, RONALD<br>SARRA and SICA REALTY, INC.<br><br>Defendants. | Case Number:  3:17-CV-11775-FLW-DEA<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>OF COMPLAINT WITHOUT<br>PREJUDICE** |

**WHERAS** no defendant has answered or otherwise responded to the

Complaint;

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules

of Civil Procedure, Plaintiff Nautilus Insurance Company voluntarily dismisses this

action without prejudice as against all parties.


Dated:  February 27, 2018          By:     */s/ Michael S. Chuven*

Michael S. Chuven (MC0974)
KINNEY LISOVICZ REILLY & WOLFF PC
299 Cherry Hill Road, Suite 300
PO Box 912
Parsippany, New Jersey 07054
(973) 957-2553
(973) 710-1054 - facsimile
Email:  Michael.Chuven@klrw.law
*Attorneys for Plaintiff,*
*Nautilus Insurance Company*


*135856_1.docx*